# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Andrew U D Straw,

Plaintiff(s),

v.

Village of Streamwood, Illinois, et al,

Defendant(s).

Case No. 16 C 50387
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Village of Streamwood, Village of Bloomingdale, Village of Glendale Heights, City of Elgin, and Kane County
and against plaintiff(s) Andrew UD Straw
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on Defendants' motions to dismiss.

Date: 4/25/2017

Thomas G. Bruton, Clerk of Court

Lynn Kandziora , Deputy Clerk