# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE ONLY AS TO APPELLEE, KANE COUNTY, ILLINOIS

June 16, 2017

| | |
|---|---|
| No. 17-1867 | ANDREW U. D. STRAW,<br>Plaintiff - Appellant<br><br>v.<br><br>VILLAGE OF STREAMWOOD, ILLINOIS, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 3:16-cv-50387<br>Northern District of Illinois, Western Division<br>District Judge Virginia M. Kendall | |

Herewith is the mandate of this court in this case, issued **ONLY** as to appellee, Kane County, Illinois.

A certified copy of the order/opinion of the court, dismissing this party(s) in this case, shall constitute the mandate in this regard.

RECORD TO BE RETAINED FOR USE IN REMAINDER OF THIS APPEAL

Copies of this notice sent to: Counsel of record

Please acknowledge receipt of these documents on the enclosed copy of this notice.

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                              **Received by:**

form name: **c7_Mandate_Person**(form ID: **217**)