# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

October 3, 2017

| | |
|---|---|
| No. 17-1867 | ANDREW U. D. STRAW,<br>Plaintiff - Appellant<br><br>v.<br><br>VILLAGE OF STREAMWOOD, ILLINOIS, et al.,<br>　Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:16-cv-50387<br>Northern District of Illinois, Western Division<br>District Judge Virginia M. Kendall ||

Pursuant to Circuit Rule 11(b), the record is to be transmitted to this court immediately for use in the decision in the above named cause. Do not send the Exhibits unless the court specifically requests them.

form name: **c7_NoticeTransROA**(form ID: **116**)