

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
327 South Church Street
Rockford, Illinois 61101

815-987-4354

Date: 10/3/2017

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re:  Straw v. Village of Streamwood, Illinois et al

U.S.D.C. Docket No.:  16-cv-50387
U.S.C.A. Docket No.:  17-1867

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF ELECTRONIC PLEADING(S) :  3

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: s/_Jaclyn Pieczkiewicz_____
Deputy Clerk

| United States of America | } | Re: Straw v. Village of Streamwood, Illinois et al |
| Northern District of Illinois | } | USDC Case Number:16-cv-50387 |
| Western Division | } | USCA Case Number:17-1867 |
| | } | |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

| Date | Item No. | Description |
|------|----------|-------------|
| 10/3/17 | 1 | Pleadings 1-18 |
| 10/3/17 | 2 | Pleadings 19-42 |
| 10/3/17 | 3 | Pleadings 43-69 |

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Rockford, Illinois, this 3rd day of October, 2017.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ Jaclyn Pieczkiewicz
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ JACLYN PIECZKIEWICZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
October 3, 2017

APPEAL,MASON,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1.2 (Rockford)
## CIVIL DOCKET FOR CASE #: 3:16-cv-50387
### Internal Use Only

| | |
|---|---|
| Straw v. Village of Streamwood, Illinois et al | Date Filed: 12/25/2016 |
| Assigned to: Honorable Virginia M. Kendall | Date Terminated: 04/25/2017 |
| Demand: $250,000 | Jury Demand: Plaintiff |
| Case in other court: 17-01867 | Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other |
| Cause: 42:12101 Americans with Disabilities Act | Jurisdiction: Federal Question |

**Plaintiff**

**Andrew U D Straw**          represented by   **Andrew U D Straw**
Andrew U. D. Straw, Esq.
1900 E. Golf Road
Suite 950A
Schaumburg, IL 60173
United Sta
(312) 985-7333
Email: andrew@andrewstraw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Village of Streamwood, Illinois**    represented by   **Ellen Kornichuk Emery**
Ancel, Glink, Diamond, Bush, DiCianni &
Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
Email: eemery@ancelglink.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Bitterman**
Ancel Glink Diamond Bush Dicianni &
Krafthefer P.c.
140 S. Deerborn Street
6th Floor
Chicago, IL 60603

(312) 782-7606
Email: abitterman@ancelglink.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Village of Bloomingdale, Illinois** represented by **Brandon K Lemley**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: blemley@querrey.com
*ATTORNEY TO BE NOTICED*

**Jason S Callicoat**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
312 540-7000
Email: jcallicoat@querrey.com
*ATTORNEY TO BE NOTICED*

**Paul Alan Rettberg**
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: prettberg@querrey.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Village of Glendale Heights, Illinois** represented by **William W. Kurnik**
Knight, Hoppe, Kurnik & Knight LLC
5600 North River Road
Suite 600
Rosemont, IL 60018
(847) 261-0700
Email: bkurnik@khkklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Jude Atkus**
Knight, Hoppe, Kurnik & Knight LLC
5600 North River Road
Suite 600

|  |  |  |
|---|---|---|
|  |  | Rosemont, IL 60018<br>(847)261-0700<br>Email: matkus@khkklaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **City of Elgin, Illinois** | represented by | **James L. DeAno**<br>DeAno & Scarry<br>53 W. Jackson Blvd.<br>Suite 740<br>Chicago, IL 60604<br>(630) 690-2800<br>Email: jdeano@deanoscarry.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Monifa Kafi Gray**<br>DeAno & Scarry<br>53 West Jackson Blvd<br>Suite 740<br>Chicago, IL 60604<br>630-384-1726<br>Email: mgray@deanoscarry.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Kane County Illinois** | represented by | **Lindsay Ann Hatzis**<br>Kane County State's Attorney's Office<br>100 South Third St., 4th Floor<br>Geneva, IL 60134<br>(630) 208-5322<br>Email: hatzislindsay@co.kane.il.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Joseph F Lulves**<br>Kane County State's Attorney's Office<br>100 South Third Street<br>Fourth Floor<br>Geneva, IL 60134<br>(630) 208-5320<br>Email: lulvesjoseph@co.kane.il.us<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/25/2016 | 1 | COMPLAINT *for Vindication of Disability Rights Against 5 Illinois Local Governments* filed by Andrew U D Straw; Jury Demand. (Attachments: # 1 Civil Cover Sheet 1 - Civil Cover Sheet, # 2 Exhibit 2 - Motion to Proceed Without Payment of Fees (IFP), # 3 Exhibit 3 - ND GA ORDER on IFP, 12/15/2016, # 4 Affidavit 4 - Affidavit Regarding Disabilities, # 5 Exhibit 5 - Evidence of Disability, Right Pelvis, # 6 Exhibit 6 - Evidence of Disability, Left Leg and Ankle, # 7 Exhibit 7 - Evidence of Disability, Pelvis MRI, # 8 Exhibit 8 - Evidence of Disability, Total Hip Replacement 2012, # 9 Exhibit 9 - Evidence of Disability, 2016 X-ray of Left Leg and Ankle, # 10 Exhibit 10 - Andrew Straw's Illinois Handicap Parking Placard, Current Through March 2018, # 11 Exhibit 11 - Streamwood Photos, March 8, 2015, # 12 Exhibit 11.1 - Streamwood Village Employee Entrance and Parking Lot, # 13 Exhibit 11.2 - Streamwood Attorney RE Irving Park Road and Snow Removal, # 14 Exhibit 11.3 - Illinois Department of Transportation RE Streamwood Ownership of Sidewalks and Duty to Clear Snow, # 15 Exhibit 12 - Bloomingdale Photos, March 8, 2015, # 16 Exhibit 13 - Glendale Heights Photos, March 8, 2015, # 17 Exhibit 14 - Elgin Photos, December 22, 2016, # 18 Exhibit 15 - Kane County Election Board Handicap Space, Photo Taken January 22, 2016, # 19 Exhibit 16 - Federal Highway Administration Letter of Findings, with Statement about Snow Removal Duties of Local Governments, # 20 Exhibit 17 - Tinker Case (New Hampshire Supreme Court on ADA & Snow Removal), # 21 Exhibit 18 - Parker Case (1st Circuit, on Sidewalk Maintenance), # 22 Exhibit 19 - Barden Case (9th Circuit, on Sidewalk Maintenance), # 23 Exhibit Civil Summons Forms in ONE File)(Straw, Andrew) Modified on 12/27/2016 (pg, ).(Contacted Attorney to file IFP Motion separate and to file Appearance) (Entered: 12/25/2016) |
| 12/27/2016 | | CASE ASSIGNED to the Honorable Philip G. Reinhard and Honorable Iain D. Johnston. Designated as Magistrate Judge the Honorable Iain D. Johnston. (pg, ) (Entered: 12/27/2016) |
| 12/27/2016 | 2 | ATTORNEY Appearance for Plaintiff Andrew U D Straw by Andrew U D Straw *PRO SE, but also member of bar of this Court* (Straw, Andrew) (Entered: 12/27/2016) |
| 12/27/2016 | 3 | APPLICATION by Plaintiff Andrew U D Straw for leave to proceed in forma pauperis (Attachments: # 1 Affidavit 1 - Affidavit as to lack of means to pay fees, # 2 Exhibit 2 - ORDER (GAND) granting IFP for Appeal, Dated 12/15/2016)(Straw, Andrew) (Entered: 12/27/2016) |
| 12/27/2016 | 4 | WAIVER OF SERVICE returned executed by Andrew U D Straw. Kane County Illinois waiver sent on 12/27/2016, answer due 2/27/2017. (Straw, Andrew) (Entered: 12/27/2016) |
| 12/28/2016 | 5 | ORDER signed by the Honorable Philip G. Reinhard on 12/28/2016: This case was filed on December 25, 2016 and on December 27, 2016 it was docketed in the Western Division of the United States District Court for the Northern District of Illinois. A review of the complaint reveals that plaintiff resides in the Eastern Division of the Northern District and that the defendants are municipalities, and the County of Kane, all of which are located in the Eastern Division. All of the |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
|------------|----|-----|
|            |    | events giving rise to this case are alleged to have occurred in the Eastern Division. Accordingly, this case is transferred to the Eastern Division of the United States District Court for the Northern District of Illinois. Mailed notice (kms) (Entered: 12/28/2016) |
| 12/28/2016 | 6  | TRANSFERRED the case record to the Eastern Division. (jp, ) (Entered: 12/28/2016) |
| 12/29/2016 | 7  | INTRA district transfer from the Western Division. Case assigned to Judge Honorable Virginia M. Kendall for all further proceedings. (aee, ) (Entered: 12/29/2016) |
| 01/03/2017 | 8  | MINUTE entry before the Honorable Virginia M. Kendall. : Initial status hearing set for 2/28/2017 at 9:00 a.m. Joint Status Report due by 2/22/2017. The parties are directed to Judge Kendall's web page found at www.ilnd.uscourts.gov for information about the Initial Status Report and for information regarding all standing orders for cases on Judge Kendall's docket. The parties shall follow all of the standing orders for Judge Kendall and all Local Rules which can be found at the same web page. For the Initial Status Report, the parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary (with specific dates) to get the case ready for trial; 3) whether the parties jointly consent to proceed before the Magistrate Judge. Prior to the Initial Status Hearing, the Parties are to exchange initial disclosures (Fed. R. Civ. P. 26(a)(1)). At the Initial Status Hearing, the Parties shall be prepared to inform the Court about the extent of monetary damages in order for the Court to address the proportionality of discovery as required by Fed. R. Civ. P. 26. Lead counsel is directed to appear at this status hearing. Mailed notice (lk, ) (Entered: 01/03/2017) |
| 01/04/2017 | 9  | WAIVER OF SERVICE returned executed by Village of Glendale Heights, Illinois. Village of Glendale Heights, Illinois waiver sent on 12/27/2016, answer due 2/27/2017. (Atkus, Michael) (Entered: 01/04/2017) |
| 01/04/2017 | 10 | ATTORNEY Appearance for Defendant Village of Glendale Heights, Illinois by Michael Jude Atkus (Atkus, Michael) (Entered: 01/04/2017) |
| 01/04/2017 | 11 | ATTORNEY Appearance for Defendant Village of Glendale Heights, Illinois by William W. Kurnik (Kurnik, William) (Entered: 01/04/2017) |
| 01/04/2017 | 12 | ATTORNEY Appearance for Defendant City of Elgin, Illinois by James L. DeAno (DeAno, James) (Entered: 01/04/2017) |
| 01/04/2017 | 13 | ATTORNEY Appearance for Defendant City of Elgin, Illinois by Monifa Kafi Gray (Gray, Monifa) (Entered: 01/04/2017) |
| 01/05/2017 | 14 | WAIVER OF SERVICE returned executed by Andrew U D Straw. Village of Bloomingdale, Illinois waiver sent on 12/27/2016, answer due 2/27/2017. (Straw, Andrew) (Entered: 01/05/2017) |
| 01/12/2017 | 15 | ATTORNEY Appearance for Defendant Village of Bloomingdale, Illinois by Paul Alan Rettberg (Rettberg, Paul) (Entered: 01/12/2017) |

| 01/12/2017 | 16 | ATTORNEY Appearance for Defendant Village of Bloomingdale, Illinois by Brandon K Lemley (Lemley, Brandon) (Entered: 01/12/2017) |
|---|---|---|
| 01/12/2017 | 17 | ATTORNEY Appearance for Defendant Village of Bloomingdale, Illinois by Jason S Callicoat (Callicoat, Jason) (Entered: 01/12/2017) |
| 01/17/2017 | 18 | ORDER: Plaintiff Andrew U. D. Straws Motion for Leave to Proceed In Forma Pauperis 3 is granted. Signed by the Honorable Virginia M. Kendall on 1/17/2017. Mailed notice (aee, ) (Entered: 01/18/2017) |
| 01/17/2017 | 19 | COMPLAINT filed by Andrew U D Straw; Jury Demand (Exhibits). (aee, ) (Entered: 01/19/2017) |
| 01/19/2017 |  | SUMMONS Issued, copy of the complaint and certified copy of order dated 01/17/2017 to the U.S. Marshal's Office for service as to defendant City of Elgin, Illinois, Village of Streamwood, Illinois via email. (aee, ) (Entered: 01/19/2017) |
| 01/20/2017 | 20 | WAIVER OF SERVICE returned executed by Andrew U D Straw. City of Elgin, Illinois waiver sent on 12/27/2016, answer due 2/27/2017. (Straw, Andrew) (Entered: 01/20/2017) |
| 01/28/2017 | 21 | NOTICE by Andrew U D Straw re order on motion for leave to proceed in forma pauperis, 18 *due to settlement in South Bend, Indiana,* (Straw, Andrew) (Entered: 01/28/2017) |
| 01/30/2017 | 22 | ATTORNEY Appearance for Defendant Village of Streamwood, Illinois by Aaron Bitterman (Bitterman, Aaron) (Entered: 01/30/2017) |
| 01/30/2017 | 23 | ATTORNEY Appearance for Defendant Village of Streamwood, Illinois by Ellen Kornichuk Emery (Emery, Ellen) (Entered: 01/30/2017) |
| 01/30/2017 | 24 | WAIVER OF SERVICE returned executed by Village of Streamwood, Illinois. Village of Streamwood, Illinois waiver sent on 12/27/2016, answer due 2/27/2017. (Emery, Ellen) (Entered: 01/30/2017) |
| 02/15/2017 | 25 | ATTORNEY Appearance for Defendant Kane County Illinois by Lindsay Ann Hatzis (Attachments: # 1 Notice of Filing)(Hatzis, Lindsay) (Entered: 02/15/2017) |
| 02/17/2017 | 26 | ATTORNEY Appearance for Defendant Kane County Illinois by Joseph F Lulves (Lulves, Joseph) (Entered: 02/17/2017) |
| 02/20/2017 | 27 | STATUS Report *Initial Status Report, Plaintiff Only Due to Disagreement,* by Andrew U D Straw (Attachments: # 1 Exhibit FWHA Letter of Findings, Dated 7/1/2016)(Straw, Andrew) (Entered: 02/20/2017) |
| 02/22/2017 | 28 | STATUS Report by Village of Streamwood, Illinois (Attachments: # 1 Certificate of Service)(Emery, Ellen) (Entered: 02/22/2017) |
| 02/23/2017 | 29 | MOTION by Plaintiff Andrew U D Straw for declaratory judgment (Attachments: # 1 Exhibit 1 - Proposed ORDER for Declaratory Judgment) (Straw, Andrew) (Entered: 02/23/2017) |

| | | |
|---|---|---|
| 02/24/2017 | 30 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Gray, Monifa) (Entered: 02/24/2017) |
| 02/24/2017 | 31 | MEMORANDUM IN SUPPORT of Motion to Dismiss 30 . (Gray, Monifa) Modified text on 2/27/2017; Filed in error as a Motion to Dismiss. (lk, ). (Entered: 02/24/2017) |
| 02/24/2017 | 32 | NOTICE by City of Elgin, Illinois re MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*MEMORANDUM IN SUPPORT* 31 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 30 (Gray, Monifa) (Entered: 02/24/2017) |
| 02/24/2017 | 33 | MOTION by Defendant Village of Bloomingdale, Illinois to dismiss (Lemley, Brandon) (Entered: 02/24/2017) |
| 02/24/2017 | 34 | NOTICE of Motion by Brandon K Lemley for presentment of motion to dismiss 33 before Honorable Virginia M. Kendall on 2/28/2017 at 09:00 AM. (Lemley, Brandon) (Entered: 02/24/2017) |
| 02/24/2017 | 35 | RESPONSE by Andrew U D Straw in Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*MEMORANDUM IN SUPPORT* 31 , MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 30 (Straw, Andrew) (Entered: 02/24/2017) |
| 02/24/2017 | 36 | RESPONSE by Andrew U D Straw in Opposition to MOTION by Defendant Village of Bloomingdale, Illinois to dismiss 33 (Straw, Andrew) (Entered: 02/24/2017) |
| 02/27/2017 | 🔒 | (Court only) ***Motions terminated: MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM*MEMORANDUM IN SUPPORT* 31 ; filed in error as a Motion to Dismiss. (lk, ) (Entered: 02/27/2017) |
| 02/27/2017 | 37 | MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion for declaratory judgment 29 is denied without prejudice until the Court rules on the pending Motions to Dismiss. Briefing schedule set as to Defendants Motion to Dismiss for Failure to State a Claim 30 and 33 . Responses due by 3/10/2017. Replies due by 3/17/2017. Status hearing set for 4/21/2017 at 9:00 AM. Motion hearing set for 2/28/2017 is stricken. Initial Status hearing set for 2/28/2017 stands. Mailed notice (lk, ) (Entered: 02/27/2017) |
| 02/27/2017 | 38 | ANSWER to Complaint by Kane County Illinois (Attachments: # 1 Notice of Filing)(Hatzis, Lindsay) (Entered: 02/27/2017) |
| 02/27/2017 | 39 | MOTION by Defendant Village of Streamwood, Illinois to dismiss (Emery, Ellen) (Entered: 02/27/2017) |
| 02/27/2017 | 40 | MOTION by Defendant Village of Glendale Heights, Illinois to dismiss *Plaintiff's Complaint* (Atkus, Michael) (Entered: 02/27/2017) |
| 02/27/2017 | 41 | MEMORANDUM by Village of Glendale Heights, Illinois in support of motion to dismiss 40 (Atkus, Michael) (Entered: 02/27/2017) |

| | | |
|---|---|---|
| 02/28/2017 | 42 | RESPONSE by Andrew U D Strawin Opposition to MOTION by Defendant Village of Glendale Heights, Illinois to dismiss *Plaintiff's Complaint* 40 (Straw, Andrew) (Entered: 02/28/2017) |
| 02/28/2017 | 43 | RESPONSE by Andrew U D Strawin Opposition to MOTION by Defendant Village of Streamwood, Illinois to dismiss 39 (Straw, Andrew) (Entered: 02/28/2017) |
| 02/28/2017 | 44 | NOTICE by Andrew U D Straw re complaint,,,,,,,, 1 , answer to complaint 38 , complaint 19 *re: URL for 9th Circuit Fortyune Case Corrected* (Straw, Andrew) (Entered: 02/28/2017) |
| 02/28/2017 | 45 | MINUTE entry before the Honorable Virginia M. Kendall. Initial Status hearing held on 2/28/2017. Briefing schedule set as to Defendants' Motion to dismiss 39 , and 40 . Responses due by 3/7/2017. Replies due by 3/14/2017. Status hearing set for 4/26/2017 at 9:00 AM. Status hearing set for 4/21/2017 is stricken. Mailed notice (lk, ) (Entered: 03/01/2017) |
| 03/14/2017 | 46 | REPLY by Village of Streamwood, Illinois to MOTION by Defendant Village of Streamwood, Illinois to dismiss 39 (Emery, Ellen) (Entered: 03/14/2017) |
| 03/14/2017 | 47 | REPLY by Village of Glendale Heights, Illinois to MOTION by Defendant Village of Glendale Heights, Illinois to dismiss *Plaintiff's Complaint* 40 (Atkus, Michael) (Entered: 03/14/2017) |
| 03/14/2017 | 48 | REPLY by Defendant Village of Bloomingdale, Illinois to response in opposition to motion 36 , motion to dismiss 33 (Lemley, Brandon) (Entered: 03/14/2017) |
| 03/14/2017 | 49 | REPLY by Defendant City of Elgin, Illinois to Motion to Dismiss for Failure to State a Claim 30 (Attachments: # 1 Notice of Filing)(Gray, Monifa) (Entered: 03/14/2017) |
| 03/14/2017 | 50 | NOTICE by Andrew U D Straw re reply to response to motion 46 *RE MISUSE OF CITATIONS BY DEFENDANTS' COUNSEL* (Attachments: # 1 Exhibit Ex A - Spencer v. Kemna, 523 U.S. 1 (1998))(Straw, Andrew) (Entered: 03/14/2017) |
| 03/24/2017 | 51 | DECLARATION of Andrew U. D. Straw regarding notice of filing 50 , reply 49 *to make correction regarding counsel for Streamwood and counsel for Elgin* (Straw, Andrew) (Entered: 03/24/2017) |
| 03/26/2017 | 52 | MOTION by Plaintiff Andrew U D Straw to supplement *on issue of duty to maintain sidewalks for disabled individuals, case in 7th Circuit,* (Attachments: # 1 Supplement Supplemental Authority, Culvahouse v. City of LaPorte, Indiana, 3:06-cv-00313-RLM-CAN (N.D. Ind., decided 12/22/2009))(Straw, Andrew) (Entered: 03/26/2017) |
| 03/27/2017 | 53 | MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion to supplement on issue of duty to maintain sidewalks for disabled individuals 52 is granted. However, the Court will take the 2009 district court case under advisement when it considers the pending motions to dismiss. The Plaintiff is reminded that motions to supplement with authority is a motion that is used for times when a new case has been decided that was not available for presentment |

| | | | |
|---|---|---|---|
| | | | prior to the motion upon the exercise of due diligence by the attorney in researching the issues before the court, not one that was available for citation at the time. Mailed notice (lk, ) (Entered: 03/27/2017) |
| 03/30/2017 | | 54 | STIPULATION of Dismissal *with regard to defendant Kane County, Illinois* (Attachments: # 1 Notice of Filing NOTICE of Stipulation of Dismissal, with Certificate of Service)(Straw, Andrew) (Entered: 03/30/2017) |
| 04/04/2017 | | 55 | DECLARATION of Andrew U. D. Straw *regarding suspension and other pertinent matters* (Straw, Andrew) (Entered: 04/04/2017) |
| 04/07/2017 | 🔒 | 56 | (Court only) RECEIVED Executed USM-285 form for defendant(s) Billy D. Roth (pg, ) (Entered: 04/07/2017) |
| 04/25/2017 | | 57 | MEMORANDUM Opinion and Order signed by the Honorable Virginia M. Kendall on 4/25/2017. Defendants' Motions to Dismiss 30 , 33 , 39 , and 40 are granted. The case is dismissed for lack of jurisdiction without prejudice. Mailed notice(lk, ) (Entered: 04/25/2017) |
| 04/25/2017 | | 58 | ENTERED JUDGMENT. Civil case terminated. Mailed notice(lk, ) (Entered: 04/25/2017) |
| 04/25/2017 | | 59 | NOTICE of appeal by Andrew U D Straw regarding orders 57 , 37 , 58 Filing fee $ 505, receipt number 0752-13109592. (Straw, Andrew) (Entered: 04/25/2017) |
| 04/25/2017 | | 60 | DESIGNATION by Andrew U D Straw of record on appeal (Straw, Andrew) (Entered: 04/25/2017) |
| 04/25/2017 | | 61 | DOCKETING Statement by Andrew U D Straw regarding notice of appeal 59 (Straw, Andrew) (Entered: 04/25/2017) |
| 04/25/2017 | | 62 | DOCKETING Statement by Andrew U D Straw regarding notice of appeal 59 (Straw, Andrew) (Entered: 04/25/2017) |
| 04/26/2017 | | 63 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 59 (ek, ) (Entered: 04/26/2017) |
| 04/26/2017 | | 64 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 59 . Notified counsel (ek, ) (Entered: 04/26/2017) |
| 04/26/2017 | | 65 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 59 ; USCA Case No. 17-1867 (jp, ) (Entered: 04/26/2017) |
| 04/26/2017 | | 66 | SEVENTH CIRCUIT transcript information sheet by Andrew U D Straw (Straw, Andrew) (Entered: 04/26/2017) |
| 06/16/2017 | | 67 | MANDATE of USCA dated 6/16/17 regarding notice of appeal 59 ;USCA No.17-1867 ONLY AS TO APPELLEE, KANE COUNTY, ILLINOIS ; Record to be returned at a later date. (tt, ) (Entered: 06/16/2017) |
| 06/16/2017 | | 68 | CERTIFIED copy of order dated 6/8/17 from the USCA Seventh Circuit regarding notice of appeal 59 ; Appellate case no. : 17-1867: The following is before the court: NOTICE OF NON-INVOLVEMENT OF COUNTY OF KANE, filed on June 7, 2017, by counsel for County of Kane. The clerk shall |

|  |  | modify the court's docket to reflect that defendant Kane County, Illinois, is not an appellee in this matter. (tt, ) (Entered: 06/16/2017) |
|---|---|---|
| 10/03/2017 | 69 | NOTICE to Transmit Record on Appeal regarding notice of appeal 59 ; USCA Case No. 17-1867 (jp, ) (Entered: 10/03/2017) |